Ex. No. 1646. STATE *v.* JO ANN RANIELLO. Defendant is ordered to appear before Supreme Court on November 6, 1972 at 9:30 a.m. to show cause why the bill of exceptions should

not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.